1  LOUIS M. BUBALA III, ESQ.
   Nevada Bar # 8974
2  JONES VARGAS
   100 W. Liberty St, 12th Floor
3  P.O. Box 281
   Reno, NV 89504-0281
4  Telephone: 775-786-5000
   Fax: 775-786-1177
5  Email: lbubala@jonesvargas.com

*Electronically Filed on July 27, 2010*

6  Attorneys for CITY NATIONAL BANK

7  **UNITED STATES BANKRUPTCY COURT**

8  **DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CLIFFORD J. MORIN,<br><br>Debtor. | Case No.   BK-N-10-51334-GWZ<br><br>Chapter    13<br><br>**EX PARTE MOTION TO TERMINATE ELECTRONIC SERVICING AS TO JASON ROSE**<br><br>Hearing Date:  n/a<br>Hearing Time:  n/a |

    Jones Vargas requests the court approve termination of electronic service on Jason Rose in this matter, as he has left the firm and no longer represents Jones Vargas' client. Service on Jones Vargas' client may be made on the undersigned attorney. A proposed order is attached and concurrently uploaded for the court's approval.

    DATED this 27th day of July, 2010.

                                                             JONES VARGAS

                                                             By:     /s/ LOUIS M. BUBALA
                                                                          LOUIS M. BUBALA III, ESQ.

                                                            Attorneys for City National Bank