LOUIS M. BUBALA III, ESQ.
Nevada Bar # 8974
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone:  775-786-5000
Fax:  775-786-1177
Email:  lbubala@jonesvargas.com

Attorneys for CITY NATIONAL BANK

*Electronically Filed on July 28, 2010*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CLIFFORD J. MORIN,<br><br>Debtor. | Case No.   BK-N-10-51334-GWZ<br><br>Chapter     13<br><br>**STIPULATION RESOLVING CITY NATIONAL BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY, WITH CERTIFICATE OF SERVICE**<br><br>Hearing Date:  8/5/10 (TO BE VACATED)<br>Hearing Time:  2 p.m. (TO BE VACATED) |

Creditor City National Bank ("CNB") and Debtor Clifford J. Morin ("Debtor") stipulate pursuant to 11 U.S.C. § 362, Fed. R. Bankr. P. 4001(d)(4), and L.R. 9014(f) as follows:

1. CNB filed a motion for relief from the automatic stay and supporting papers to resume foreclosure against Debtor's residence, with hearing set for August 5, 2010 (Ct. Dkt. #32 & 35, filed June 21, 2010, Ct. Dkt. #36, filed June 23, 2010). CNB holds the second deed of trust securing $520,922.53 in debt as of May 25, 2010. CNB recorded a notice of default and a notice of sale before Debtor filed its bankruptcy petition, and a continued sale date is scheduled for September 22, 2010, if relief from the automatic stay is granted. CNB alleged that Debtor has *de minimis* equity in the property and has been unable to sell it on his own.

2. Debtor believes he has a prospective buyer for his residence at 1576 East Valley Road in Gardnerville, Nevada.

3. In resolution of CNB's motion from the automatic stay, the parties agree that Debtor shall have through August 31, 2010, to obtain a signed sales agreement for an amount sufficient to pay off CNB's debt in full. The buyer shall be a non-insider, and the agreement must be in escrow with a non-refundable deposit. Debtor also shall have a motion to approve the sale on file on or before August 31, 2010.

4. If Debtor does not satisfy the conditions of Paragraph 3, the automatic stay is terminated as to CNB on September 1, 2010, and it may resume its foreclosure and any other state law remedies without further action of this court.

5. If Debtor has satisfied the conditions of Paragraph 3, Debtor shall obtain court approval of the sale on or before September 30, 2010, and CNB shall continue its foreclosure sale to a date after October 1, 2010.

6. If Debtor does not satisfy the conditions of Paragraph 5, the automatic stay is terminated as to CNB on October 1, 2010, and it may resume its foreclosure and any other state law remedies without further action of this court.

7. The hearing on CNB's motion for relief from the automatic stay at 2 p.m. on August 5, 2010, is vacated.

DATED this 23rd day of July, 2010.                              DATED this 28th day of July, 2010.

    JONES VARGAS                                                    DARBY LAW PRACTICE, LTD.

By:   /s/ Louis M. Bubala III                                    By:     /s/Tricia M. Darby
       LOUIS M. BUBALA III                                            KEVIN A. DARBY
                                                                            TRICIA M. DARBY

Attorneys for City National Bank                              Attorneys for Debtor Clifford J. Morin

APPROVED BY

DATED this 26th day of July, 2010.

Chapter 13 Trustee William A. Van Meter

By:   /s/William A. Van Meter
       WILLIAM A. VAN METER

*JONES VARGAS*
*100 West Liberty Street, Twelfth Floor - P.O. Box 281*
*Reno, NV 89504-0281*
*Tel: (775) 786-5000    Fax: (775) 786-1177*

**CERTIFICATE OF SERVICE**

1. On July 28, 2010, I served the following document(s):

**STIPULATION RESOLVING CITY NATIONAL BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY, WITH CERTIFICATE OF SERVICE**

2. I served the above-named document(s) by the following means to the persons as listed below:

■ a. **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- KEVIN A. DARBY    kevin@darbylawpractice.com, tricia@darbylawpractice.com;melissa@darbylawpractice.com;matthew@darbylawpractice.com;kendal@darbylawpractice.com
- WILLIAM A. VAN METER    c13ecf@nvbell.net, wvanmeter13@ecf.epiqsystems.com
- GREGORY L. WILDE    bk@wildelaw.com

☐ b. **United States mail, postage fully prepaid** (list persons and addresses):

☐ c. **Personal Service** (list persons and addresses):
I personally delivered the document(s) to the persons at these addresses:

☐ d. **By direct email (as opposed to through the ECF System)** (list persons and email addresses):

☐ e. **By fax transmission** (list persons and fax numbers):

☐ f. **By messenger**:

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 28th day of July, 2010.

| Louis M. Bubala III | /s/Louis M. Bubala III |
|---|---|
| Name | Signature |

JONES VARGAS
100 West Liberty Street, Twelfth Floor - P.O. Box 281
Reno, NV 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177