**Entered on Docket
August 02, 2010**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.   BK-N-10-51334-GWZ |
| CLIFFORD J. MORIN, | Chapter    13 |
| Debtor. | **ORDER APPROVING STIPULATION RESOLVING CITY NATIONAL BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| | Hearing Date:  8/5/10 (VACATED) |
| | Hearing Time:  2 p.m. (VACATED) |

On July 28, 2010, a stipulation was filed by Creditor City National Bank ("CNB") and Debtor Clifford J. Morin ("Debtor") for relief from the automatic stay pursuant to 11 U.S.C. § 362, Fed. R. Bankr. P. 4001(d)(4), and L.R. 9014(f). The stipulation has been approved by Chapter 13 Trustee William Van Meter. The stipulation is approved, and relief from the

///

///

///

1  automatic stay is granted under the terms stated in the stipulation.

2      IT IS ORDERED.

3                            # # #

4  Submitted by:

5  /s/Louis M. Bubala III
LOUIS M. BUBALA III, ESQ.

6  Nevada Bar # 8974
JONES VARGAS

7  100 W. Liberty St, 12th Floor
P.O. Box 281

8  Reno, NV 89504-0281
Telephone:  775-786-5000

9  Fax:  775-786-1177
Email:  lbubala@jonesvargas.com

10

11  Attorneys for CITY NATIONAL BANK